

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JANICE L. BIRNBAUM<br>General Litigation, Room 2-195<br>Phone: 212-356-2085<br>Fax: 212-356-2439<br>jbirnbau@law.nyc.gov |
|---|---|---|

May 18, 2017

*BY ECF*
Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Padilla v. City of New York</u>, 13-CV-76

Dear Judge Brodie,

      On behalf of counsel for Plaintiffs and counsel for Defendants in the above-referenced action, we enclose the Stipulation and Order of Settlement ("Stipulation") signed by us on behalf of our respective clients. We ask that the Court so-order the Stipulation.

                                                Respectfully submitted,

                                               /s/
                                             Janice Birnbaum
                                             Senior Counsel

Encl.